(03-14-00046-CR)



William Ockletree I.
TDCJ# 1906981
Allred Unit
2101 Fm 369 N.
Iowa Park, Tx
           76367

RECEIVED
AUG 03 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



Mr. Field, Justice

Sir, I'm writing to let you know
Sir my Side of this Story...
On the 12th of March 2013 at approx. 2:30 Am
my Girlfriend Debbie Sweet — I'm not for Sure if
thats her real name — after arguing and me
threatening to leave, hit the 911 Button. I didn't
even know that until Call back, at which time we
both talked to Call operator. Over 30 minutes later
there is a knock at the door, Debbie told me to get
the door So I get out of bed only to find that
it's the police. I opened the door & was told to
Step out I asked do I have to ? The officers
reached for Something around their belts So I hurried
up and came out. No shirt on or Shoes I was
arrested taken to jail on a non Descriptive charge
on my finger print Card. as well I was not given
the rights use the phone. Oh yeah while I
was being detained Debbie was Yelling & Screaming
for me. Any ways I asked for my Shoes,
Socks, Shirt but was denied and made walk

through rocks, glass, bird dropping etc.
Once at the City Jail I was questioned and
charged with Injury to a Disable & my bond
was set for $50,000. Within a week I spoke
with my court appointed attorney Scott Magee.
We decided to get a bond reduction. Which
this didn't take place until Aug. In between
that time I asked for an Examing Trial. And
while I was in jail I kept writing to go to
law library but was denied cause I had an
attorney. I had to release my Attornry in order
to received my right to law library. Sir I
didn't get Indicted until May 22, 2013 approx.
81 days after I was told by my Attorney
to take the offer of 10 yrs or the District Attorney
would go & get an Indictment. To my great
surprise once I received the Indict. I had
2 charges. Injury to Disable & Aggroveted Assault
(w. Deadly weapon). I never received a Magistrate
warning, Arrest or a bond for the Aggv. Assault
It just appeared on my Indict. Even after
motions to Set Bond/ ect. Still nothing.
    Ultimately, I became Pro Se to defend my self
& was assigned a Standby who was a District
Attorney running for the Judges Seat. I filed
Motion after Motion & my Attorney didn't adopt
any even the 1 motion I was granted
was denied (Motion for Authorization to Expend —

(Funds for Investigator) $1,500.00                    III.

Sir then I tried to get my attorney to withdraw since he was so busy he sent his wife to consult me but the Judge didn't see things my way. Then I ended up with an Attorney who is coercing me to waive my rights! My right to Voir Dire. My right to 10 day preparation. My right to opening. My right to Testify. My right to Arraignment. My right to suppress evidence. My right to Impeach witnesses and my right to present evidence (exculpatory) witnesses. Sir In the punishment stage their was so many Errors concerning the Notice of Enhancements, Abandoning Priors from Indictment & Charge on Punishment.

Sir, to this day I never hurt that woman or pulled a knife on that woman. My words of love & compassion have been misinterpreted. Me & the lady love each other very much. And I pray that careful consideration be given to the fact that her story is of no way of sound logic or rationale. Sir, I was offered 10 non agg and if I was guilty I would of jumped on it. Yet even if my Attorney had not misinformed me concerning the priors I would not of put life at chance & neither my love. Sir, I appreciate your time. GOD Bless You & Yours

William Ockletree

P.S.- This is one of the oldest tricks in the Books.



FOREVER USA
PURPLE HEART

NORTH TEXAS TX PDC
DALLAS TX 750
20 JUL 2015 PM 1

Willie Lee Ocletree
#1906981
Allred Unit
2101 FM. 369 N.
Iowa Park, Tx 76367

Mr. Scott K. Field, Justice
Court of Appeals
3rd District of Texas
P.O. Box 12547
Austin, Tx 78711-2547

78711254747

Legal Mail (7-26-15)